Bryan J. Freedman (SBN 151990)
bfreedman@ftllp.com
Sean M. Hardy (SBN 266446)
smhardy@ftllp.com
FREEDMAN + TAITELMAN, LLP
1901 Avenue of the Stars, Suite 500
Los Angeles, California 90067
Telephone: 310-201-0005
Facsimile: 310-201-0045

Attorneys for Plaintiff and Counterdefendant Collective Digital Studio, LLC

ROBERT C. WELSH (SBN 130782)
rwelsh@bakerlaw.com
OREN J. WARSHAVSKY (admitted *pro hac vice*)
owarshavsky@bakerlaw.com
TATIANA MARKEL (admitted *pro hac vice*)
tmarkel@bakerlaw.com
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400 Los Angeles, CA 90025-0509
Telephone: 310-820-8800
Facsimile: 310-820-8859

Attorneys for Defendant and Counterclaimant Freeplay Music, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLECTIVE DIGITAL STUDIO, LLC, a California limited liability company,<br><br>            Plaintiff,<br><br>       vs.<br><br>FREEPLAY MUSIC, LLC, a Delaware limited liability company, and DOES 1 through 50, inclusive,<br><br>            Defendants.<br><br>FREEPLAY MUSIC, LLC,<br><br>            Counterclaimant, | CASE NO.<br>2:15-CV-00936-JFW (MANx)<br><br>Judge: Hon. John F. Walter<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

|   |   |
|---|---|
| vs. | ) |
| COLLECTIVE DIGITAL STUDIO, LLC, | ) ) ) ) |
| Counterdefendant. | ) ) ) |

Pursuant to Rules 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel, stipulate to the dismissal with prejudice of the above captioned action in its entirety with each party bearing their own costs, expenses, and attorneys' fees.

Dated: January 5, 2016          FREEDMAN + TAITELMAN, LLP

                                                               By:  /s/ Bryan J. Freedman
                                                                           Bryan J. Freedman
                                                                           Sean M. Hardy,
                                                                           Attorneys for Plaintiff and
                                                                           Counterdefendant Collective
                                                                           Digital Studio, LLC

Dated: January 5, 2016          BAKER & HOSTETLER LLP

                                                                By:  /s/ Robert C. Welsh
                                                                           Robert C. Welsh
                                                                           Oren J. Warshavsky
                                                                           Tatiana Markel,
                                                                           Attorneys for Defendant and
                                                                           Counterclaimant Freeplay
                                                                           Music, LLC